IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| FRED THOMAS, Jr., <br><br> Plaintiff <br><br> v. <br><br> S.C.O. L. BYRD, *et al.*, <br><br> Defendants | Civ. No. 21-14577 (RMB/SAK) <br><br> **ORDER** |

This matter comes before the Court upon the Report and Recommendation (Dkt. No. 73) submitted by the Honorable Sharon A. King, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they had fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to L. C IV. R. 72.1(c)(2), and no objections having been received;[1] and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown,

**IT IS** on this **14th day of December 2023**, hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 73) is **ADOPTED**; and it is further

---

[1] Plaintiff submitted a letter (Dkt. No. 75) to the Court on November 21, 2023, seven days after the Report and Recommendation ("R&R") was filed on the docket and served on Plaintiff by mail. Plaintiff's letter does not in any manner refer to the R&R. In fact, Plaintiff stated his intention to file his case in another court. Furthermore, the R&R was mailed to Plaintiff at several different known addresses. The last mailing of the R&R to Plaintiff on November 27, 2023, was sent to the address provided on Plaintiff's letter of November 21, 2023, and the mail was not returned to the Court as undeliverable.

**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Plaintiff by regular U.S. Mail, and shall close this matter.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**
